SARAH KOWALSKY, as Administratrix of the Estate of MEYER KOWALSKY, Deceased, Respondent, *v.* THE CONRECO COMPANY, INC., Appellant, Impleaded with Others.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 125.)

BOOKBINDERS TRADE ASSOCIATION, INC., Respondent, *v.* JOHN B. HAGGERTY, Individually and as President of the International Brotherhood of Bookbinders, et al., Respondents, and MARY J. MURPHY, Individually and as President of Bindery Women's Union Local No. 43 of the International Brotherhood of Bookbinders, et al., Appellants, Impleaded with Others.

MARY J. MURPHY, as President of the Bindery Women's Local Union No. 43, etc., Appellant, *v.* JOHN B. HAGGERTY, Individually and as President of the International Brotherhood of Bookbinders, et al., Respondents.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 571.)

EDWARD F. ADDISS et al., as Executors of MORTON H. MEINHARD, Deceased, Appellants, *v.* ELSA R. SELIG, Respondent.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 274.)